AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:06-CR-00083-001 |
| INERD BERNARD YOUNG ) | USM No: 09522-003 |
| ) | Chris Knight |
| Date of Previous Judgment: 06/14/2007 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 23                 Amended Offense Level: 21
Criminal History Category: IV              Criminal History Category: IV
Previous Guideline Range: 120 to 120 months     Amended Guideline Range: 120 to 120 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Having reviewed the sentencing transcript, it is clear that the original sentence was based on a downward departure from the statutory mandatory minimum, and not on the calculated guideline range. The amendment to the crack cocaine guideline does not affect the statutory miminum, and that remains the guideline for this case.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/14/2008                       /s/ Callie V. S. Granade
                                              Judge's signature

Effective Date: _____                 Chief United States District Judge
  (if different from order date)              Printed name and title